United States District Court
Northern District of New York

# JUDGMENT

**DOUGLAS RUSSELL**
                              **Plaintiff**

              VS.                              1:06-CV-676 (FJS) (DEP)

**MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY**

              **Defendant**

**[X]  Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Court approves the Stipulation of the parties to Remand this action pursuant to sentence four of 42 USC section 405(g). The final decision of the Commissioner of Social Security is hereby REVERSED and the matter is REMANDED to the defendant for further administrative action, further ordered that this matter is DISMISSED.

All of the above pursuant to the Order of the Honorable Judge Frederick J. Scullin, Jr., dated the 14th day of May, 2007.


**MAY 16, 2007**                              **LAWRENCE K. BAERMAN**

**DATE**                                      **CLERK OF COURT**

                                              s/

                                              **JOANNE BLESKOSKI**
                                              **DEPUTY CLERK**